809 A.2d 243

COMMONWEALTH of Pennsylvania, Respondent,

v.

Thomas W. DRUCE, III, Petitioner.

Supreme Court of Pennsylvania.

Oct. 21, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of October, 2002, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Does a judge's violation of Judicial Canon 3A(6) establish enough evidence to compel recusal or is more evidence required, i.e., evidence concerning an appearance of bias and prejudice?